**Leonard S. WHITNER, Plaintiff-Appellant,**

v.

**ATTORNEY GENERAL and United States Board of Parole, Defendant-Appellee.**

**No. 71-2191**
**Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

Sept. 22, 1971.

Leonard S. Whitner, pro se.

John W. Stokes, Jr., U. S. Atty., Eugene A. Medori, Jr., Asst. U. S. Atty., Atlanta, Ga., for defendant-appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. *See* Local Rule 21.[1]

1. *See* N.L.R.B. v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).